IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BAILEY WALLACE,<br><br>   Plaintiff,<br><br>v.<br><br>TOTALCARE COMPREHENSIVE HOME HEALTH SUPPLY, LTD. d/b/a TOTAL CARE COMPREHENSIVE HOME d/b/a TOTAL CARE HOME MEDICAL and VYONG NGUYEN,<br><br>   Defendants. | §§§§§§§§§§§§§§§§ | Case No. 6:23-cv-389-JDK |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff Bailey Wallace's stipulation of dismissal with prejudice (Docket No. 37). Pursuant to Plaintiff's request and Federal Rule of Civil Procedure 41(a)(2), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **8th**  day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE